IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   1:20-CV-03822-DDD-KMT

SHANNON DALY,
Plaintiff,

v.

CITY OF FOUNTAIN,
Defendant.

## STIPULATED MOTION FOR DISMISSAL

The parties, by their respective counsel, pursuant to Fed.R.Civ.P. 41 hereby submit the following Stipulated Motion for Dismissal of all claims against the Defendant, the City of Fountain, with prejudice.

The parties hereby stipulate as follows:

Any and all claims asserted against the Defendant as set forth in Plaintiff's complaint, and all of their pleadings shall be dismissed, with prejudice, each party to pay her or its own costs and attorney's fees.

This case should be deemed closed and all deadlines and appearances vacated.

WHEREFORE, the parties respectfully request that the Court enter an order confirming the dismissal of all claims against the City of Fountain, with prejudice, each party to pay her or its own costs and attorney's fees in the closure of this case.

-2-

Respectfully submitted this 29th day of September, 2021.

*s/ Ian D. Kalmanowitz*
Ian D. Kalmanowitz, # 32379
Cornish & Dell'Olio, P.C.
431 N. Cascade Avenue, Ste. 1
Colorado Springs, CO 80903
EL (719) 475-1204
*Attorney for Plaintiff*

AND-

*s/Marni Nathan Kloster*
Marni Nathan Kloster
NATHAN DUMM & MAYER P.C.
7900 E. Union Avenue, Suite 600
Denver, CO  80237-2776
Phone Number: (303) 691-3737
Fax: (303) 757-5106
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of September, 2021, I electronically filed the foregoing **STIPULATED MOTION FOR DISMISSAL** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following at their e-mail addresses:

Ian D. Kalmanowitz, # 32379
Cornish & Dell'Olio, P.C.
431 N. Cascade Avenue, Ste. 1
Colorado Springs, CO 80903
TEL (719) 475-1204
FAX (719) 475-1264
ikalmanowitz@cornishanddellolio.com
*Attorney for Plaintiff*

*s/Marni Nathan Kloster*
Marni Nathan Kloster
Ashley Hernandez-Schlagel
NATHAN DUMM & MAYER P.C.
7900 E. Union Avenue, Suite 600
Denver, CO  80237-2776
Phone Number:  (303) 691-3737
Facsimile:  (303) 757-5106
MNathan@ndm-law.com
ASchlagel@ndm-law.com
*Attorneys for Defendants*